**Carlton M. GREEN, Richard C. Daniels, Plaintiffs–Appellees,**

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, Defendant–Appellant.**

**Carlton M. GREEN, Richard C. Daniels, Plaintiffs–Appellants,**

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, Defendant–Appellee.**

**Nos. 89–2311, 89–2326.**

United States Court of Appeals, Fourth Circuit.

March 29, 1990.

The appellant's petition for rehearing and suggestion for rehearing in banc were submitted to this Court. As no member of the Court requested a poll on the suggestion for rehearing in banc, and

As the panel considered the petition for rehearing and a majority of the panel being of the opinion that it should be granted,

IT IS ORDERED that the petition for rehearing is granted and the case is tentatively calendared for reargument at the June 1990 term of Court.

Entered at the direction of Judge Murnaghan, with the concurrence of Judge Chap-

man. Judge Northrop dissents from the granting of the petition for rehearing.